IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) ALEXANDER RODRIGUEZ-RIOS<br>a/k/a Alex Cano<br>Counts ONE and TWO)<br>2) DAVID LOPEZ-PIZARRO<br>a/k/a Moreno<br>(Counts ONE and TWO)<br>3) EDWIN QUIÑONES-CEBALLOS<br>a/k/a Canbuco<br>(Count ONE)<br>4) EDWIN QUIÑONES-ANDINO<br>a/k/a Chulo<br>(Count ONE)<br>5) HECTOR QUIÑONES-ANDINO<br>a/k/a Tito<br>(Count ONE)<br>6) CARLOS ESCOBAR-PEÑALOZA<br>a/k/a Memin<br>(Counts ONE and TWO)<br>7) MARCIANO ANDINO-PIZARRO<br>a/k/a Marciano<br>(Count ONE)<br>**8) ITZAIRA QUIÑONES-ANDINO**<br>(Count ONE)<br>9) MIGUEL ANDINO-RIVERA<br>a/k/a Mickey<br>(Count ONE)<br>10) JESUS RIVERA-ESQUILIN<br>(Count One)<br>Defendants | CRIMINAL 10-0405CCC |

**O R D E R**

Having considered the Report and Recommendation filed on March 16, 2011 (docket entry 154) on a Rule 11 proceeding of defendant Itzaira Quiñones-Andino  held before U.S. Magistrate Judge Bruce J. McGiverin on March 16, 2011, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of co-defendant Itzaira Quiñones-Andino is accepted.  The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

     This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since March 16, 2011.  The **sentencing hearing is set for June 23, 2011 at 4:15 PM.**

     SO ORDERED.

     At San Juan, Puerto Rico, on March 28, 2011.


                                         S/CARMEN CONSUELO CEREZO
                                         United States District Judge